1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DMITRIY STOLYARCHUK

11             Plaintiff,              No. CIV S-11-1670 MCE CKD PS

12        vs.

13   AMTRUST BANK et al.

14             Defendants.            <u>ORDER</u>

15   _____/

16        Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to

17   E.D. Cal. L.R. 302(c)(21).  On July 21, 2011, defendants AmTrust Bank, Mortgage Electronic

18   Registration Systems, Inc., and Residential Credit Solutions, Inc. filed a motion to dismiss and a

19   motion for an order expunging the lis pendens recorded by plaintiff.  (Dkt. No. 11.)  On October

20   11, 2011, plaintiff filed a statement of non-opposition.  (Dkt. No. 19.)  In the statement of non-

21   opposition, plaintiff requested that the action be dismissed without prejudice.

22        Consequently, on October 14, 2011, the court ordered defendants to notify the

23   court within seven (7) days whether they have any objection to the dismissal of the action

24   without prejudice.  (Dkt. No. 20.)  Defendants AmTrust Bank, Mortgage Electronic Registration

25   Systems, Inc. and Residential Credit Solutions, Inc. then filed timely objections, requesting that

26   the action instead be dismissed with prejudice. (Dkt. No. 21.)

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff shall, within fourteen (14) days of the date of this order, file either a statement of non-opposition to dismissal of the action with prejudice or an opposition to defendants AmTrust Bank, Mortgage Electronic Registration Systems, Inc., and Residential Credit Solutions, Inc.'s motion to dismiss and motion for an order expunging the lis pendens.

2.  Failure to comply with this order will result in a recommendation that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated: October 26, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5
stolyarchuk.1670.mtd.opp.wpd